UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 09-43138 |
| Michael and Janet Estes, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | **Motion to Retain Settlement** |
| | ) | **Proceeds** |
| | ) | |
| | ) | Susan E. Skelton |
| | ) | Attorney for Debtors |
| | ) | 2702 Macklind Ave., First Floor |
| | ) | St. Louis, MO 63139 |
| | ) | Phone: (314) 802-8328 |
| | ) | Fax: (314) 802-8327 |
| John V. LaBarge, | ) | |
| Chapter 13 Trustee, | ) | Hearing Date: 9/26/13, 11 AM, 7N |
| | ) | |
| Respondents. | ) | Response Due: September 18, 2013 |

## MOTION TO RETAIN SETTLEMENT PROCEEDS

**PLEASE TAKE NOTICE: ANY RESPONSIVE PLEADING IN OPPOSITION TO THIS MOTION/PLEADING MUST BE FILED IN WRITING NO LATER THAN TWENTY – ONE (21) DAYS FROM THE DATE OF SERVICE OF THIS MOTION/PLEADING AS SHOWN ON THE CERTIFICATE OF SERVICE (See L.B.R. 9013-1 B, 9061-1 B). THE RESOPNSE MUST BE IMMEDIATELY SERVED UPON THE UNDERSIGNED AND UPON ALL ENTITIES DESCRIBED IN L.B.R. 9013-1 A. THE COURT MAY GRANT THE MOTION/PLEADING WITHOUT FURTHER NOTICE TO ANY PARTY UPON EXPIRATION OF THE RESPONSE PERIOD IF NO RESPONSE IS FILED.**

**IF A RESPONSE OR OBJECTION IS FILED, THE MOVANT, APPLICANT OR CLAIM OBJECTOR SHALL SET THE MATTER FOR HEARING AND PROVIDE NOTICE THEREOF TO THE RESPONDENT AND ALL ENTITIES DESCRIBED IN L.B.R. 9013-1 A.**

COME NOW Debtors, Michael and Janet Estes, in the above-captioned case, by and through their attorney, Susan E. Skelton, and for their Motion state as follows:

1. Debtors' Chapter 13 case was filed on April 9, 2013 in the Eastern District of Missouri as Case #09-43138.

2. Mrs. Estes was involved in a post-petition vehicle accident on or about September 9,

2011 and after several years the lawsuit pending from such accident (disclosed on an Amended Schedule B) has settled.

3. Debtor is entitled to funds, after attorney's fees and costs, of $17,499.63 for her injuries and lost wages, etc.

4. Debtors would like to retain said funds, as Mrs. Estes has not been able to work as much during and since the accident and they have not been able to keep up on repairs, etc. Debtors would like to retain the funds for the following purposes:

    a. $6,775.23 for post-petition medical bills already incurred, as well as dental work still needed to be done, per the statements sent to the Trustee;

    b. $554.95 for repair work on Debtors' 2002 Chevrolet Avalance;

    c. $850.00 for repair work on Debtors' 2005 Ford Explorer (gifted to Debtors post-petition);

    d. $743.42 for new tires for Debtors SUV;

    e. $8,700.00 to replace Debtors deck, which is structurally unsafe; and

    f. $2,110.00 toward replacing Debtors' door slab and frame, which cannot be repaired and cannot be closed, causing dangerous conditions and further deterioration of Debtors' home.

5. Debtors do not believe this will prejudice creditors and will allow Debtors to maintain their property and pay their post-petition medical bills.

WHEREFORE, Debtors request an order from the Court permitting the retention of the $17,499.63 from Mrs. Estes' insurance settlement from her personal injury for the above described expenses, and such other order which the Court may find to be just.

Dated: August 28, 2013

Respectfully Submitted,

/s/ Susan E. Skelton
Susan E. Skelton
MBE #55027, USED #55027MO
Skelton Law Firm
2702 Macklind Ave., First Floor
St. Louis, MO 63139
Phone: (314) 802-8328
Fax: (314) 802-8327

Email: susaneskelton@gmail.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically by the ECF System or by First Class Mail, postage prepaid, this August 28, 2013 to the following:

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Bank of America
475 Crosspoint Parkway
Getzville, NY 14068

Bank of America
4161 Piedmont Parkway
Greensboro, NC 27410-8110

Bank Of America
PO Box 9000
Getzville, NY 14068

Chase
800 Brooksedge Blvd
Westerville, OH 43081

Cit of St. Louis
Gregory FX Daly
PO Box 66787
Saint Louis, MO 63166-6787

Citi Flex
PO Box 6241
Sioux Falls, SD 57117

Collector of Revenue
41 South Central
Attn: Division of Collection
Saint Louis, MO 63105

CPU/CBSD
PO Box 6497
Sioux Falls, SD 57117

Fashion Bug/SOANB
1103 Allen Dr
Milford, OH 45150

GEMB/JCP
PO Box 981131
El Paso, TX 79998

GEMB/Sams Club
PO Box 981064
El Paso, TX 79998

GEMB/Walmart
PO Box 981400
El Paso, TX 79998

GMAC
PO Box 2150
Greeley, CO 80632

HSBC/VLCTY
PO Box 15524
Wilmington, DE 19850

Internal Revenue Service
Attention: Bankruptcy Unit
PO Box 21126
Philadelphia, PA 19114-0326

MCYDSNB
9111 Duke Blvd
Mason, OH 45040

Missouri Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105

Sears/CBSD
PO Box 6189
Sioux Falls, SD 57117

US Bank/NA ND
PO Box 108
Saint Louis, MO 63166

/s/ Susan E. Skelton